IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SUSAN POSTELL INDIVIDUALLY AND IN HER CAPACITY AS INDEPENDENT EXECUTRIX OF THE ESTATE OF BARBARA FESER | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, | § § § § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL

Defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") respectfully files this Notice of Removal pursuant to diversity jurisdiction under 28 U.S.C. § 1332.

## I.
## INTRODUCTION

1. On June 27, 2023 Plaintiff Susan Postell Individually and in her capacity as Executrix of the Estate of Barbrara Feser filed her Original Petition and Verified Application for Temporary Restraining Order and Permanent Injunction in the 122nd District Court for Galveston County, Texas under Cause No. 23-CV-0988.[1]

2. In the Petition, Plaintiff seeks permanent and temporary injunctive relief barring Shellpoint from foreclosing on real property located at 713 Saturnia Ln., League City, Texas 77573.

---

[1] *See* **Exhibit A** (Original Petition).

3.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers filed in the state court action and obtained by PNC are attached hereto and marked as **Exhibit A**.

## II.
## TIMELINESS OF REMOVAL

4.      This suit was filed on June 27, 2023. Shellpoint was served with this lawsuit on July 5, 2023. [2] This Notice of Removal is therefore timely.

## III.
## BASIS FOR REMOVAL: DIVERSITY JURISDICTION

5.      This Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332 (diversity jurisdiction). The requirements for diversity jurisdiction are met in this case, as the Plaintiff and Shellpoint are completely diverse in citizenship and the amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

A.    *Complete Diversity Exists.*

6.      Plaintiff Susan Postell is a citizen of Texas, residing in Galveston County, Texas.[3]

7.      Newrez LLC d/b/a Shellpoint Mortgage Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and NRM Acquisition II LLC, Delaware limited liability companies. Both NRM Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of Rithm Capital Corp. a Delaware corporation with its principal

---

[2] *See* **Exhibit A** (TRCP 107 Certificate of Return).
[3] *See* **Exhibit A** (Original Petition) at ¶ 7. Plaintiff has brought this litigation on behalf of herself as an individual and as Executrix of the Estate of Barbara Feser. In such situations, only Plaintiff's citizenship need be used to determine whether diversity jurisdiction exists. *Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378, 382-83 (2016) ("[W]hen a trustee files a lawsuit in *her* name, her jurisdictional citizenship is the State to which she belongs – as is true of any natural person.").

place of business in New York. Rithm Capital Corp., fka New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ.[4] As such, Shellpoint is a citizen of Delaware and New York for diversity purposes.

8.  Because Plaintiff is a citizen of Texas and Shellpoint is a citizen of Delaware and New York, complete diversity of the Parties exists.

### B.     The Amount in Controversy Exceeds $75,000.00.

9.     In the Original Petition, Plaintiff seeks both temporary and permanent injunctive relief to barring Shellpoint from taking any action to foreclose the Property or otherwise exercising its rights under the Note and Deed of Trust.[5] When such relief is sought, the amount in controversy is measured by the value of the object of the litigation.[6] When the object of the mortgagors' litigation is the protection of their entire property, the fair market value of the property is the proper measure of the amount in controversy.[7] Here, the value of the Property is at least $305,780.00.[8] Therefore, based on the value of the permanent injunctive relief sought by Plaintiff, the amount in controversy exceeds $75,000.00 and removal is proper.

---

[4] *See* 28 U.S.C. § 1332(c)(1).
[5] *See* **Exhibit A** (Original Petition) at ¶¶ 19.
[6] *Farkas v. GMAC Mortg., LLC*, 737 F.3d 338, 341 (5th Cir. 2013).
[7] *Id.*
[8] *See* Galveston County Appraisal District Summary, attached as **Exhibit B**. It is appropriate for the Court to take judicial notice of the Orange County Tax Appraisal because it is a public record and the information it provides is readily ascertainable and the source – the Galveston County Tax Appraisal District – cannot reasonably be questioned. *See Funk v. Snyker*, 631 F.3d 777, 783 (5th Cir. 2011).

## IV.
## VENUE

11. Venue is proper in the Southern District of Texas, Galveston Division pursuant to 28 U.S.C. § 1441(a) because Galveston County, Texas is located within this District and cases arising from Galveston County, Texas are properly assigned to the Southern District of Texas.[9]

## V.
## ADDITIONAL REQUIREMENTS

12. Plaintiff did not demand a jury trial in the Original Petition.

13. Written notice of removal will be provided to Plaintiff and filed with the 122nd Judicial District Court, Galveston County, Texas contemporaneously with this pleading.

Having satisfied the requirements for removal under 28 U.S.C. §§ 1441 and 1332, Defendant Shellpoint gives notice that Cause No. 23-CV-0988, now pending in the 122nd Judicial District Court for Galveston County, Texas has been removed to this Court.

Respectfully submitted,



By: */s/ Gabriella Alonso*
**GABRIELLA E. ALONSO**
Texas Bar No. 24113527
Fed. I.D. No. 3427194
galonso@bradley.com
Fountain Place,
1445 Ross Ave., Suite 3600
Dallas, Texas 75202
(214) 257-9800 Telephone
(214) 939-8787 Telecopier
***ATTORNEY FOR DEFENDANT NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING***

---

[9] 28 U.S.C. § 124(d)(4).

**NOTICE OF REMOVAL**  **Page4**

## CERTIFICATE OF SERVICE

      I certify that on this__ day of July 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been served on all counsel of record as follows:

**Via CM/ECF and E-mail:**
*dmedearis@medearislaw.com*
David M. Medearis
Medearis Law Firm, PLLC
1560 W. Bay Area Blvd., Suite 304
Friendswood, Texas 77546
*Attorney for Plaintiff*

                          */s/ Gabriella Alonso*
                          Gabriella E. Alonso