United States District Court
Southern District of Texas
**ENTERED**
August 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SUSAN POSTELL INDIVIDUALLY AND IN HER CAPACITY AS INDEPENDENT EXECUTRIX OF THE ESTATE OF BARBARA FESER, § § § § § | | |
| Plaintiff, § § | | |
| VS. § § | 3:23-CV-215 | |
| NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING, § § § § § | | |
| Defendant. § | | |

## STIPULATED DISMISSAL

On August 24, 2023, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 11.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 25th day of August, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE